# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **DANIEL LAVERGNE** | **CASE NO. 2:24-CV-00126 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **TIMOTHY JOHNSON** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be **DISMISSED WITH PREJUDICE** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all pending motions be **DENIED** as **MOOT.**

**THUS DONE AND SIGNED** in chambers this 21st day of October, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE